**IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF KANSAS  
KANSAS CITY DIVISION**

| | |
|---|---|
| BELTRONICS USA, INC. )<br>5440 West Chester Road )<br>West Chester, Ohio 45069 )<br>  )<br>           Plaintiff )<br>  )<br>vs. )<br>  )<br>MIDWEST INVENTORY )<br>DISTRIBUTION, LLC )<br>10627 Rene Street )<br>Lenexa, KS 66215 )<br>  )<br>     and )<br>  )<br>i-NET DISTRIBUTORS, LLC )<br>11936 West 119th Street, #278 )<br>Overland Park, KS 66213 )<br>  )<br>     and )<br>  )<br>AUDIO VIDEO MAN )<br>12704 West 120th TERRACE )<br>Overland Park, KS 66213 )<br>  )<br>     and )<br>  )<br>MR. KEVIN BURKE )<br>8321 Foster Street )<br>Overland Park, KS 66212 )<br>  )<br>     and )<br>  )<br>MR. STEVE WEBB )<br>12704 West 120th Street )<br>Overland Park, KS 66213 )<br>  )<br>     and )<br>  )<br>JOHN and JANE DOES 1-5 )<br>           Defendants. ) | Case No. 07-CV-02440-JWL-GLR<br><br>**MOTION FOR TEMPORARY<br>RESTRAINING ORDER AND<br>PRELIMINARY INJUNCTION<br>AND MEMORANDUM IN SUPPORT** |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT**

Plaintiff, Beltronics USA, Inc. ("Beltronics") respectfully moves this Court pursuant to Fed. R. Civ. P. 65 (a) and (b) for entry of a Temporary Restraining Order and Preliminary Injunction enjoining Defendants, Midwest Inventory Distribution, LLC, i-Net Distributors, Audio Video Man, Kevin Burke, Steve Webb, and John and Jane Does 1-5, (collectively, "Defendants"), its officers, agents, servants, employees, successors and assigns, and all those acting in concert or participation with or under authority of or from it, from:

1. Infringing, unfairly competing with, counterfeiting, and/or passing off Beltronics' registered marks under the federal trademark laws;

2. Using the BELTRONICS designation, or any colorable imitation of the BELTRONICS designation, including but not limited to in connection with the provision of radar detectors, and from any other acts which will injure or likely to injure the business reputation of Beltronics;

3. Using, selling, or offering for sale Goods Bearing Counterfeit Mark, as that term is defined in the accompanying moving papers;

4. Making, using, selling, or affixing to any products any labels, patches, stickers, wrappers, badges, emblems, medallions, charms, boxes, containers, cans, cases, hangtags, documentations, or packaging, for use with any Goods Bearing Counterfeit Mark or that infringe, unfairly compete with, counterfeit, and/or pass off as Beltronics' registered marks;

5. Destroying, modifying, moving, hiding, or otherwise making inaccessible to the Court and/or Beltronics any article or thing exhibiting or using the BELTRONICS designation.

Beltronics also respectfully moves this Court for an Order requiring Defendants to submit to a deposition upon execution of seizure order that is more fully described in the Ex Parte Application for Seizure Order and proposed Ex Parte Seizure Order.

This Motion is supported by the previously-filed Verified Complaint, Ex Parte Application for Seizure Order, and Exhibits thereto.

WHEREFORE, Plaintiff Beltronics USA, Inc. requests that its Motion be granted.

Respectfully submitted,

Dated: September 17, 2007        By:    /s/ Michael B. Hurd
                                        Michael B. Hurd, Kansas Reg. 12521
                                        Jennifer C. Bailey, USDC KS 77980
                                        Hovey Williams LLP
                                        2405 Grand Boulevard, Suite 400
                                        Kansas City, Missouri 64108
                                        (816) 474-9050 Telephone
                                        (816) 474-9057 Facsimile
                                        mhurd@hoveywilliams.com
                                        jbailey@hoveywilliams.com

                                        OF COUNSEL:

                                        Thomas W. Flynn (Ohio Reg. 016466)
                                        Brett A. Schatz, Esq. (Ohio Reg. 0072038)
                                        Wood, Herron & Evans, L.L.P.
                                        2700 Carew Tower
                                        441 Vine Street
                                        Cincinnati, Ohio 45202
                                        (513) 241-2324 Telephone
                                        (513) 241-6234 Facsimile

                                        *ATTORNEYS FOR PLAINTIFF*
                                        *BELTRONICS USA, INC.*