IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BELTRONICS USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-CV-02440-JWL-GLR |
| ) | |
| MIDWEST INVENTORY DISTRIBUTION ) | |
| LLC, et al., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

The Court having entered the parties' Consent Judgment, Plaintiff Beltronics USA, Inc. ("Beltronics") and Defendants, Midwest Inventory Distribution LLC, i-Net Distributors LLC, Audio Video Man,[1] Kevin Burke, and Steve Webb (collectively, "Midwest"), hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Beltronics' claims against Midwest are dismissed with prejudice, and Midwest's counterclaims against Beltronics with prejudice.  The parties further stipulate that all costs, fees and expenses incurred, related to or arising out of this action (including, without limitation, attorney and expert fees and expenses) shall be borne solely by the party incurring such costs.

| | |
|---|---|
| /s/ Brett A. Schatz | /s/ Maxwell Carr-Howard |
| Brett A. Schatz | Maxwell Carr-Howard          KS #21042 |
| Thomas W. Flynn | Derek Teeter                         KS #23242 |
| Wood Herron & Evans, LLP | Husch Blackwell Sanders LLP |
| 2700 Carew Tower | 4801 Main Street, Suite 1000 |
| 441 Vine Street | Kansas City, Missouri  64112 |
| Cincinnati, Ohio  45202 | (816) 983-8000 |
| (513) 241-2324 | (816) 983-8080 (FAX) |
| (513) 421-7269 (fax) | |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants |

---

[1] Defendants have indicated that i-Net Distributors LLC and Audio Video Man are not independent corporate entities but only trade names used to sell goods on the internet.  In any event, to the extent those parties have any legal existence this stipulation is made by and is binding on them as it is on all other parties to this action.

KCP-1705777-1